```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------X
ECHOSTAR TECHNOLOGIES CORP.

        Plaintiff,                        ORDER

    -against-                             Civil Action No.
                                          CV-04-2010(DGT)
STANISLAW STARCZEWSKI

        Defendant.

---------------------------------X
```

Trager, J:

On June 14, 2005 the Court issued an order in the above captioned case granting default judgment. In that order the matter was referred to Magistrate Judge Steven Gold for report and recommendation as to damages and costs. On April 10, 2006 Magistrate Judge Gold issued his report and recommendation. No objection to this report and recommendation has been filed with the Court. Therefore, the Court adopts in full the findings contained in the report and recommendation. The Clerk of the Court is directed to enter judgment accordingly and close the case.

Dated: Brooklyn, New York
       May 9, 2006

                                          SO ORDERED:


                                          _____/s/_____
                                          David G. Trager
                                          United States District Judge