UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ECHOSTAR TECHNOLOGIES CORP.,  JUDGMENT
                              04-CV- 2010 (DGT)
               Plaintiff,

     -against-

STANISLAW STARCZEWSKI,

                              FILED
                              IN CLERK'S OFFICE
                              U.S. DISTRICT COURT, E.D.N.Y.
                              ★ MAY 15 2006 ★
                              BROOKLYN OFFICE

               Defendant.
-----------------------------------------------------------------X

An Order of Honorable David G. Trager, United States District Judge, having been filed on May 10, 2006, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated April 10, 2006; and directing the Clerk of Court to enter a default judgment against defendant Stanislaw Starczewski in the amount of $8,220.00, comprised of $7,980.00 in statutory damages and $240.00 in costs; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted; and that judgment is hereby entered in favor of plaintiff, Echostar Technologies Corporation, and against defendant, Stanislaw Starczewski, in the amount $8,220.00, comprised of $7,980.00 in statutory damages and $240.00 in costs.

Dated: Brooklyn, New York
       May 10, 2006

                                          s/Robert C. Heinemann
                                          ROBERT C. HEINEMANN
                                          Clerk of Court